UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2009 DEC 23 PM 12:08
US DISTRICT COURT
DISTRICT OF FL

ADRIANNE ROGGENBUCK TRUST,
ADRIANNE ROGGENBUCK TRUST, AH
PROPERTY HOLDINGS, LLC, ALBERT
ALUNNI, CONNIE ALUNNI, WILLIAM
ARNIERI, REBECCA G. AUREUS,
MARGARET BARTELS, WAYNE
BARTELS, DAVE BOEHM, TAMMY
BOEHM, CARL E. BYER, VALERIE A.
BYER, JANINA CAP, PAUL E.
CHARAPATA, RYUKO CHARAPATA,
RONALD K. COCKRUM, MELINDA E.
COCKRUM, DAVID J. COYNE, LISA K.
DACOSTA, CINDY DANGERFIELD,
DENNIS DANGERFIELD, ROBERT J.
DEVEREAUX, MARIBETH P.
DEVEREAUX, ROSALIE E. ELKIN, JASON
W. EVANS, ANGELA L. EVANS, JAMES
W. FETZNER TRUST, JAMES W.
FETZNER, JOANNE FETZNER, CARL
GARTLAND, DELORES GLASBRENNER,
MARVIN GLASBRENNER, SANDRA
GRIGGS, MARK R. HENDERSON,
DARLYEN HESS, DOUGLAS M. HOLLE
TRUST, DOUGLAS M. HOLLE, SUSAN J.
HOLLE, ART HORN, AMY HORN, PETER
HORN, BRADLEY JAMES, JOYCE JAMES,
THOMAS KELLY, RITA M. KELLY,
STEVEN P. KELLY, GEORGE M. KVECK,
MARYANNE B. KVECK, ANDREW
LOBOSCO, PATRICIA M. LOBOSCO,
ALAN C. LOVELL, JOSEPH L. LUBOMSKI,
KAREN M. LUBOMSKI, EUGENE
MACKIN, FRANCIS MACKIN, NORBERT
MANDREK, DONALD C. MARZKE, EDITH
MORAN, KEITH D. OLINGER, LISA M.
OLINGER, SANDRA PAULU, DONALD L.
RACQUET, IDA RACQUET, ADRIANNE
ROGGENBUCK, JOHN J. SCUREK, MARY
ELLEN SCUREK, SERIES DUNES
INVESTMENT OF THE PML
ENTERPRISES, LLC, SERIES 8-301
LEGACY OF THE KJV HOLDINGS, LLC,
AMY TAILLON, JOHN TAILLON, TRUST

CASE NO: 6:09-cv-2158-ORL-35 KRS

**NOTICE OF REMOVAL**

NO. 301, BETTY VOJTIK, KENNETH VOJTIK, SR., CHARLES F. WIRTH, MARY T. WIRTH, MARYANN ZABORSKY

   Plaintiffs,

v.

DEVELOPMENT RESOURCES GROUP, LLC, LEGACY DUNES CONDOMINIUM, LLC, MICHAEL HALPIN, JAMES WEAR, TIM TINSLEY, REAL ESTATE DREAMS, LLC, SEAN C. PARKES, AND JEREMY HOLLY,

   Defendants.
_____/

  Defendants, DEVELOPMENT RESOURCES GROUP, LLC, LEGACY DUNES CONDOMINIUM, LLC, MICHAEL HALPIN, JAMES WEAR and TIM TINSLEY (the "DRG Defendants"), hereby file this Notice of Removal of the above-captioned cause from the Circuit Court of the Ninth Judicial Circuit of the State of Florida, in and for Osceola County, in which Court the action is now pending, to the United States District Court for the Middle District of Florida, Orlando Division, and states:

  1. The Plaintiffs filed their suit on or about November 18, 2009. The action was commenced in the Ninth Judicial Circuit in and for Osceola County, Florida, entitled *Adrianne Roggenbuck Trust, et al. v. Development Resources Group, LLC*, Case No.: 2009-CA-11002-OC.

  2. Defendants Development Resources Group, LLP and Legacy Dunes Condominium, LLC were served with the summons and complaint in this matter on December 3, 2009 or thereafter. The Notice of Removal is timely filed within the period prescribed by 28 U.S.C. § 1446(b), in that it is filed within thirty (30) days of service.

3. This Court has original jurisdiction of the action under the provisions of 28 U.S.C. § 1332, and the action may be removed to this Court by the DRG Defendants pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

4. The amount in controversy in the Plaintiffs' action exceeds the sum of $75,000.00, exclusive of interest and costs. Specifically, Plaintiffs in their Complaint demand damages in excess of $100,000.00 per Plaintiff in Counts I-IV of the Complaint.

5. As set forth in Paragraphs 1 through 43 of the Complaint, each of the Plaintiffs was at the commencement of this action and are currently are citizens of the State of Illinois, or the State of Missouri (Complaint ¶¶ 1-43).

6. None of the Plaintiffs are citizens of the State of Florida. Each of the Plaintiffs are citizens of states other than Florida.

7. Defendants are, and were at the commencement of this action, citizens of the State of Florida. Each of the Defendant LLC's individual members are citizens of the State of Florida.

8. Copies of all process, pleadings, and other documents filed by Plaintiffs in this case, as well as the complete contents of the state court file are attached to this Notice of Removal as **Composite Exhibit "A."**

9. A copy of this Notice of Removal will be filed concurrently in the Circuit Court of the Ninth Judicial Circuit in and for Osceola County, Florida.

WHEREFORE Defendants, DEVELOPMENT RESOURCES GROUP, LLC, LEGACY DUNES CONDOMINIUM, LLC, MICHAEL HALPIN, JAMES WEAR and TIM TINSLEY,

pray that the above action now pending against it in the Circuit Court of the Fourth Judicial Circuit in and for Duval County, Florida, be removed therefrom to this Court.

*Respectfully submitted,*

_____
MICHAEL L. GORE, ESQ.
Florida Bar No. 441252
**SHUTTS & BOWEN LLP**
P.O. Box 4956
Orlando, Florida 32802-4956
Telephone: (407) 835-6905
Facsimile: (407) 849-7205

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2009, I served a copy of this document upon the following by U.S. Mail, and that I filed an original and a copy with the Clerk of the Court for input using the CM/ECF system which will send a notice of electronic filing to the following if they are CM/ECF participants:

Blair T. Jackson, Esquire
Blair T. Jackson, P.A.
840 N. Highland Avenue
Orlando, FL 32803

_____
Of Counsel

ORLDOCS 11703592 1

## 2009 CA 011992 OC ADRIANNE ROGGENBUCK TRUST VS DEVELOPMENT RESOURCES GROUP, LLC

| File Date | 11/18/2009 | Case Status | OPEN | Case Status Date | 11/18/2009 |
|---|---|---|---|---|---|
| Ticket Number | | Case Disposition | UNDISPOSED | Case Disposition Date | |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| ADRIANNE ROGGENBUCK TRUST | | PLAINTIFF | JACKSON, BLAIR T | (407)894-6158 |
| DEVELOPMENT RESOURCES GROUP, LLC | | DEFENDANT | | |

### Financial Entries

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 100890 | 12/01/2009 | BLAIR T. JACKSON, PA | 75,00 |

| Payment | | Fee | |
|---|---|---|---|
| CHECK | 75,00 | FILING FEE | 15,00 |
| | | SERVICE CHARGE | 60,00 |

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 99239 | 11/18/2009 | BLAIR T JACKSON, PA | 407,50 |

| Payment | | Fee | |
|---|---|---|---|
| CHECK | 407,50 | FILING FEE | 407,50 |

### Docket Entries

Date     Text
12/01/2009 CIRCUIT CIVIL FILING FEE ADDTL DEFENDANTS Receipt: 100890 Date: 12/01/2009
12/01/2009 SUMMONS Receipt: 100890 Date: 12/01/2009
11/18/2009 EXHIBIT B
11/18/2009 EXHIBIT A
11/18/2009 CIRCUIT CIVIL FILING FEE ADDTL DEFENDANTS Receipt: 99239 Date: 11/18/2009
11/18/2009 NOTICE OF LIS PENDENS (IMG)
11/18/2009 CIVIL COVER SHEET
11/18/2009 CIRCUIT CIVIL FILING Receipt: 99239 Date: 11/18/2009
11/18/2009 SUMMONS ISSUED (NONE)
11/18/2009 COMPLAINT FOR EQUITABLE AND MONETARY RELIEF